AUGUSTA M. ZINKE, Respondent, v. KNIGHTS OF THE MACCABEES OF THE WORLD, Appellant.

St. Louis Court of Appeals. Opinion Filed February 4, 1919.

ACCORD AND SATISFACTION: Judgment of Court of Appeals Quashed by Supreme Court on Certiorari: Action of Court of Appeals. Where the Supreme Court on *certiorari* (205 S. W. 1) has ordered the judgment of the Court of Appeals (198 Mo. App. 399) to be quashed, on the ground that under the facts the trial judge should have declared that as a matter of law there was an accord and satisfaction and directed a verdict for the defendant, it only remains for the Court of Appeals to order the judgment reversed, in accordance with the opinion of the Supreme Court.

Appeal from the Circuit Court of the City of St. Louis.
—*Hon. William M. Kinsey,* Judge.

REVERSED.

*R. P. & C. B. Williams* for appellant.

*D. D. Aitken,* General Counsel.

*Durham & Durham* by *Geo. O. Durham* for respondent.

(Note. For briefs, see 198 Mo. App. 399.)

BECKER, J.—When this case was originally before us (198 Mo. App. 399, 200 S. W. 99), we disposed of it by affirming the judgment, since which time the Supreme Court on *Certiorari* (205 S. W. 1), has ordered the judgment of this court to be quashed as having failed to follow the law as announced by the Supreme Court in Scott v. Realty Co., 241 Mo. 112, 145 S. W. 48; McCormick v. City of St. Louis, 166 Mo. 315, 335, 65 S. W. 1038; Pollman Coal Co. v. City of St. Louis, 145 Mo. 651, 47 S. W. 563.

After careful consideration we conclude that the majority of the judges of the Supreme Court IN BANC were of the opinion that under the facts in this case the learned trial judge should have declared that as a matter of law there was an accord and satisfaction and directed a verdict for the defendant. Reading the Supreme Court's opinion in this light it merely remains for us to order the judgment herein reversed. It is so ordered.

*Reynolds, P. J.,* and *Allen, J.,* concur.